## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>KORAN MCKINLEY ALLEN,<br>    Defendant. | CR 02-904-4 DSF<br><br>ORDER DENYING MOTION FOR SENTENCE REDUCTION PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) AND REQUEST FOR APPOINTMENT OF COUNSEL (Dkt. 1040) |

    Defendant moves for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and asks that counsel be appointed. Although courts have discretion to appoint counsel in § 3582(c) proceedings, there is no statutory or constitutional right to counsel. United States v. Townsend, 98 F.3d 510, 512-13 (9th Cir. 1996) (per curiam) (agreeing with the Fifth Circuit that no right to counsel attaches in a § 3582(c) proceeding because "the constitutional right to counsel extends only through the defendant's first appeal."); United States v. Webb, 565 F.3d 789, 795 (11th Cir. 2009) (upholding denial of counsel in § 3582(c)(2) proceeding and citing Fed. R. Crim. P. 43(b)(4)); see also United States v. Richardson, 569 Fed. Appx. 504, 505 (9th Cir. 2014) (upholding discretionary decision not to appoint counsel in § 3582(c) proceedings).

As Defendant does not qualify for a reduction, the motion to appoint counsel is denied.

Defendant's motion for a reduction is denied for the reasons stated in the government's Opposition. See Dkt. 1043. Based on the Opposition, the Court concludes it need not wait for Defendant to file a reply before ruling on the motion.

IT IS SO ORDERED.

Date: June 25, 2024

Dale S. Fischer
United States District Judge